USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-21-16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

LA'RON HUDSON,

      *Plaintiff*,

 -against-

CITY OF NEW YORK et al.,

      *Defendants*.

-------------------------------------------------------------X

15 Civ. 4920 (PAC) (HBP)

**OPINION & ORDER
ADOPTING REPORT &
RECOMMENDATION**

HONORABLE PAUL A. CROTTY, United States District Judge:

 *Pro se* Plaintiff La'Ron Hudson alleges that on May 27, 2015, while incarcerated at the Vernon C. Bain Center on Rikers Island, he swallowed a coin in a prison meal, causing "sharp pain," "anal bleeding," and "mental fear of eating." Compl. § III. He sues the City of New York and an unnamed correction officer, pursuant to 42 U.S.C. § 1983. Defendants move to dismiss.

 On June 23, 2016, Magistrate Judge Henry B. Pitman issued a Report & Recommendation ("R&R"), which recommends granting the motion because Hudson failed to exhaust administrative remedies and fails to state a Section 1983 claim. R&R at 14, 20. Hudson did not object within the prescribed two-week period after issuance of the R&R. 18 U.S.C. § 636(b)(1).

 The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.* If no party objects, the Court may adopt the R&R "so long as there is no clear error on the fact of the record." *Feehan v. Feehan*, 2011 WL 497776, at *1 (S.D.N.Y. Feb. 10, 2011).

 Accordingly, the Court reviews the R&R for clear error. Finding none, the Court adopts

the R&R in full.  An inmate must exhaust all administrative remedies before bringing a Section 1983 action.  42 U.S.C. § 1997e(a).  Hudson's claim is covered by the Department of Corrections' grievance procedure and his failure to exhaust is not excused by his transfer to a different Rikers Island facility.  *See Rose v. Masiey*, 2013 WL 4049512, at *6-7 (S.D.N.Y. July 16, 2013); *Johnson v. NYC Dept. of Corrections*, 2014 WL 2800753, at *6 (S.D.N.Y. June 16, 2014).  The motion to dismiss is granted.

## CONCLUSION

The Court ADOPTS the R&R and GRANTS Defendants' motion to dismiss.  Pursuant to 28 U.S.C. § 1915(a)(3) any appeal from this order would not be taken in good faith.  See Coppedge v. United States, 369 U.S. 438 (1962).  The Clerk is directed to enter judgment for Defendants and terminate 15 cv 4920.

Dated: New York, New York
       July [21], 2016

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge

Copy Mailed By Chambers To:
La'Ron Hudson
#7286-054
Metropolitan Corr. Center
150 Park Row
New York, NY 10007